# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DIRECTV, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 03-0252-CV-W-GAF ) |
| JAMES ANDREWS, et. al., | ) ) |
| Defendants. | ) ) |

## ORDER

Presently before the Court is Plaintiff's Motion for Summary Judgment against Defendant Robert Baggs ("Baggs") (Doc. 99) filed pursuant to Federal Rule of Civil Procedure 56. Baggs has not opposed this motion. On April 7, 2005, this Court ordered Plaintiffs to show cause (Doc. 103), within fifteen days from the date of that Order, why this motion for summary judgment should not be granted. Baggs has failed to respond to this Court's order to show cause.

Accordingly, it is ORDERED that Plaintiff's motion for summary judgment is hereby GRANTED.

**IT IS SO ORDERED.**

      /s/ Gary A. Fenner
      GARY A. FENNER, JUDGE
      United States District Court

DATED: April 26, 2005